**COSTELLO & MAINS, LLC**
By: Deborah L. Mains
18000 Horizon Way, Suite 800
Mount Laurel, NJ 08054
(856) 727-9700
Attorneys for Plaintiff

| | |
|---|---|
| ALICIA GARNER,<br>Plaintiff(s),<br><br>vs.<br><br>PDX NORTH, INC; PDX; and JOHN DOES 1-5 AND 6-10<br><br>Defendant(s). | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION<br><br>DOCKET NO: 16-8567<br><br>**CERTIFICATION OF DEBORAH L. MAINS** |

I, Deborah L. Mains, being of due age, hereby certify and affirm as follows:

1. I am an attorney at law licensed to practice in the State of New Jersey and admitted to the United States District Court for the District of New Jersey. I am a member of Costello & Mains, LLC, attorneys for plaintiff in this action. As such, I am fully familiar with the facts stated herein.

2. This certification is submitted in response to the call for dismissal issued by the Court pursuant to F.R.C.P. 4(m).

3. The Court is correct that proof of service has not been filed.

4. However, shortly after the Complaint in this matter was filed, I received a communication from attorney Ian Melinsky, Esq. at Fox Rotshchild, who advised that he represents the defendants.

5. Mr. Melinsky has provided information to me concerning the claims in this action and the parties are attempting to resolve this matter without incurring additional cost.

6. Plaintiff has not been dilatory in the prosecution of this action. Rather, plaintiff has been in communication with defendant in an effort to resolve the claims.

7. We are hopeful that we will be in a position to enter into a stipulation of dismissal in short order.

8. We request, therefore, that the Court vacate the call for dismissal for a period of thirty days, to allow the parties to conclude their efforts at resolution.

9. We thank the Court for its consideration.

I hereby certify that the foregoing statements are true and correct. I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

/s/ Deborah L. Mains
Deborah L. Mains

Dated: February 28, 2017