UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALICIA GARNER,<br><br>Plaintiff(s),<br><br>v.<br><br>PDX NORTH, INC., PDX *et al*,<br><br>Defendant(s). | Civil Action No.: 16-8567(JLL)<br><br>**ORDER DISMISSING CASE Pursuant to F.R. Civ. P.4(m)** |

It appearing that the above captioned action having been pending for more than 90 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed against defendants,

**It is on this 28TH day of FEBRUARY, 2017;**

**O R D E R E D** that the above captioned action be and is hereby dismissed as to defendants, PDX NORTH, INC., AND PDX, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

JOSE L. LINARES,
United States District Judge